**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **BEJAN DAVID ETEMAD,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:14-CV-670-P |
| ) | |
| **CITY OF GARLAND,** ) | |
| Defendant. ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 25th day of March, 2014.

*/s/ Jorge A. Solis*
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE